IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01193-BNB

ROCCO A. DIXON,

Plaintiff,

v.

ADAM NIELSEN, Sued in Individual and Official Capacity,
MONICA WINFREY, Sued in Individual and Official Capacity, and
DANIEL MONTGOMERY, Sued in Individual and Official Capacity,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 10, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01193-BNB

Rocco A. Dixon
Prisoner No. 66291
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/10/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk