FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01193-WYD-MEH

ROCCO A. DIXON,

    Plaintiff,

v.

ADAM NIELSEN, Sued in Individual and Official Capacity,
MONICA WINFREY, Sued in Individual and Official Capacity, and
DANIEL MONTGOMERY, Sued in Individual and Official Capacity,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 19, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01193-WYD-MEH

Rocco A. Dixon
Doc No. 66291
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Adam Nielsen, Monica Winfrey, and Daniel Montgomery

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Adam Nielsen, Monica Winfrey, and Daniel Montgomery: AMENDED COMPLAINT FILED 09/05/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/7/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk